RECEIVED
IN LAKE CHARLES, LA

NOV - 4 2005
*pm*

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NATIONAL BENEFITS LIFE INSURANCE COMPANY | : | CIVIL ACTION NO. CV05-0846 |
| VERSUS | : | JUDGE MINALDI |
| CHERE GRAHAM, CYNTHIA DYER, CYLYCE NEWMAN, CHARLES ASHMORE, JR., AND BARBARA EIDSON | : | MAGISTRATE WILSON |

**JUDGMENT**

This matter having come before the court on September 14, 2005, on Motions for Summary Judgment filed by interpleader-defendants, Chere Graham, Cynthia Dyer, Barbara Eidson and Charles Ashmore, Jr., and interpleader-plaintiff, National Benefits Life Insurance Company;

The Court, after reviewing the pleadings and exhibits and no opposition or response filed by Cylyce Newman, finds the law and evidence in favor of granting the Motions:

IT IS ORDERED, ADJUDGED AND DECREED that all monies held in the Registry of this Court be disbursed to David F. Dwight, Attorney at Law, for disbursement as follows:

(1) One-Third to Charles Ashmore, Jr., less any outstanding fees and expenses for Dwight Law Firm, LLC and plaintiff's counsel of record;

(2) One-Third to Chere Graham, less any outstanding fees and expenses for Dwight Law Firm, LLC and plaintiff's counsel of record;

(3) One-Third to Cynthia Dyer, less any outstanding fees and expenses for Dwight Law Firm, LLC and plaintiff's counsel of record;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that National Benefits Life Insurance Company is relieved of any further liability under Life Insurance Policy No. 8013509C, on the life of LaVertte McHan Eidson.

JUDGMENT RENDERED on September 14, 2005, and signed in Chambers on this 3 day of Nov, 2005.

PATRICIA MINALDI, United States District Judge